Paul DEXTER, individually and on behalf of all others similarly situated, Plaintiff–Appellant,

v.

DEPOSITORY TRUST & CLEARING CORPORATION, National Association of Securities Dealers, Inc., and Cede & Company, Defendants–Appellees.

No. 06–0123.

United States Court of Appeals, Second Circuit.

March 6, 2007.

Lee Squitieri, Squitieri & Fearon, LLP, New York, NY, for Appellant.

Douglas R. Cox, Gibson, Dunn & Crutcher, LLP, Washington, D.C. for National Association of Securities Dealers, Inc.; Gregg H. Mashberg, Proskauer Rose LLP, New York, NY, for Depository Trust & Clearing Corp. and Cede & Company.

Present: ROSEMARY S. POOLER, PETER W. HALL, Circuit Judges, LEONARD B. SAND, District Judge.*

---

* The Honorable Leonard B. Sand, United States District Judge for the Southern District of New York, sitting by designation.

## SUMMARY ORDER

We assume the parties' familiarity with the factual background, proceedings below, and specification of issues for appeal. We affirm because we find no error in the district's court's conclusions that the National Association of Security Dealers is absolutely immune from the claims made in this case and that the actions of the remaining defendants are therefore privileged.